*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Franklin Spencer
    Debtor(s)

Case No: 19−13663−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED**
Motion for Relief from Stay Re: 1100 East Barringer Street, Philadelphia, PA 19119. Fee Amount $181.00, Filed by THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset−Backed Certificates, Series 2006−23 Represented by REBECCA ANN SOLARZ

on: 9/29/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/21/20

Timothy B. McGrath
Clerk of Court

34 − 31
Form 167