United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Franklin Spencer  
    Debtor

Case No. 19-13663-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Eileen    Page 1 of 1    Date Rcvd: Sep 21, 2020  
                    Form ID: 167    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.  
db           +Franklin Spencer,   1100 E Barringer Street,   Philadelphia, PA 19119-3904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Franklin  Spencer dmo160west@gmail.com,  
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                        TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Franklin Spencer
    Debtor(s)

Case No: 19−13663−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

  **RESCHEDULED**
Motion for Relief from Stay Re: 1100 East Barringer Street, Philadelphia, PA 19119. Fee Amount $181.00, Filed by THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset−Backed Certificates, Series 2006−23 Represented by REBECCA ANN SOLARZ

  on: 9/29/20

  at: 10:30 AM

  in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/21/20

Timothy B. McGrath
Clerk of Court

34 − 31
Form 167