# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13663-MDC

FRANKLIN  SPENCER

1100 E BARRINGER STREET

PHILADELPHIA, PA 19119-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

FRANKLIN  SPENCER

1100 E BARRINGER STREET

PHILADELPHIA, PA 19119-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

                              /S/ William C. Miller

Date: 4/8/2021                _____

                              William C. Miller, Esquire
                              Chapter 13 Standing Trustee