**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    Chapter 13
FRANKLIN  SPENCER


        Debtor                    **Bankruptcy No.** 19-13663-MDC


# <u>O R D E R</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



May 6, 2021

_____
                    Magdeline D. Coleman
                    Chief U.S. Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
FRANKLIN  SPENCER

1100 E BARRINGER STREET

PHILADELPHIA, PA 19119-