United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13663-mdc
Franklin Spencer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: May 06, 2021      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Franklin Spencer, 1100 E Barringer Street, Philadelphia, PA 19119-3904 |
| 14337861 | | Bernstein-Burkley, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219 |
| 14337865 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14343029 | + | THE BANK OF NEW YORK MELLON, c/o Rebecca Solarz, Esq., KML Law Group, P.C., 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 07 2021 03:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 07 2021 03:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14337860 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 07 2021 02:55:28 | American InfoSource LP, agent for Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14337863 | | Email/Text: megan.harper@phila.gov | May 07 2021 03:03:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 14337862 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 07 2021 03:02:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 14337864 | + | Email/PDF: creditonebknotifications@resurgent.com | May 07 2021 02:53:44 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14337866 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 02:53:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14370612 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 02:53:45 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14347085 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 02:53:45 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14337867 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | May 07 2021 02:53:42 | Sprint Corp., Attn Bankruptcy Dept, PO Box 7949, Overland Park, KS 66207-0949 |
| 14337868 | + | Email/Text: bankruptcysst@alorica.com | May 07 2021 03:02:00 | Systems & Services Technologies Inc (SST, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14367842 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 07 2021 03:02:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 06, 2021 | Form ID: pdf900 | Total Noticed: 18

14337869  Email/Text: megan.harper@phila.gov
May 07 2021 03:03:00  Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2021     Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Franklin Spencer dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 4

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
FRANKLIN SPENCER

Debtor     Bankruptcy No. 19-13663-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 6, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
FRANKLIN SPENCER

1100 E BARRINGER STREET

PHILADELPHIA, PA 19119-